DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

QUINTON MONTGOMERY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D19-4274

————————————————

September 8, 2021

Appeal from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

J. Jervis Wise of Brunvand Wise, P.A., Clearwater, for Appellant.

Carolyn Snurkowski, Associate Deputy Attorney General, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.